1  DAVID MARROSO (S.B. #211655)
   dmarroso@omm.com
2  JAMES M. PEARL (S.B. #198481)
   jpearl@omm.com
3  JOSHUA M. ROSENBERG (S.B. #274473)
   jmrosenberg@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:     (310) 553-6700
6  Facsimile:     (310) 246-6779

7  Attorneys for Plaintiffs
   Ram Varadarajan and California Cricket Academy
8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN JOSE DIVISION**

12

| 13 | Ram Varadarajan and California Cricket Academy, | Case No.  CV 12-01306 LHK |
|----|---|---|
| 14 | | **[PROPOSED] ORDER SHORTENING TIME ON HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | United States of America Cricket Association, Inc., | Hearing Date: April 10, 2012<br>Time: 1:30 p.m.<br>Place: San Jose Courthouse, Courtroom 8<br>Judge: Hon. Lucy H. Koh |
| 18 | Defendant. | |

19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

The Court, having read and considered Plaintiffs' and Defendant's Joint Stipulated Request for an Order Shortening Time on Hearing Date for Motion for Preliminary Injunction, and good cause appearing therefore;

IT IS SO ORDERED that the following Order is entered in this action:

1. Plaintiffs' and Defendant's Joint Stipulated Request for an Order Shortening Time on Hearing Date for Motion for Preliminary Injunction is hereby GRANTED;

2. Plaintiffs' Motion for Preliminary Injunction shall be served no later than March 23, 2012 and filed shortly after counsel are able to contact the clerk and obtain the information necessary to file consistent with the Court's rules;

3. Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed and served no later than noon on April 5, 2012;

4. Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction shall be filed and served no later than noon on April 9, 2012;

5. The hearing on Plaintiffs' Motion for Preliminary Injunction shall take place on April 12, 2012, at 1:30 p.m. ~~or as soon thereafter as counsel may be heard at a time convenient to the Court~~; and

6. Defendant's time to respond to Plaintiffs' Complaint is extended to (and including) 30 days after the Court's decision on Plaintiffs' Motion for Preliminary Injunction.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 4, 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge



IT IS SO ORDERED AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh

[PROPOSED] ORDER SHORTENING TIME
RE: PLAINTIFFS' MOTION FOR PI
CV 12-01306 LHK