1  DAVID MARROSO (S.B. #211655)
   dmarroso@omm.com
2  JAMES M. PEARL (S.B. #198481)
   jpearl@omm.com
3  JOSHUA M. ROSENBERG (S.B. #274473)
   jmrosenberg@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:    (310) 553-6700
6  Facsimile:    (310) 246-6779

7  Attorneys for Plaintiffs
   Ram Varadarajan and California Cricket Academy
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| 13 | Ram Varadarajan and California Cricket Academy, | Case No.  CV 12-01306 LHK |
|---|---|---|
| 14 | | **[PROPOSED] ORDER SHORTENING TIME ON HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | United States of America Cricket Association, Inc., | Hearing Date:  April 10, 2012<br>Time:  1:30 p.m.<br>Place:  San Jose Courthouse, Courtroom 8<br>Judge:  Hon. Lucy H. Koh |
| 18 | Defendant. | |

                                    [PROPOSED] ORDER SHORTENING TIME
                                          RE: PLAINTIFFS' MOTION FOR PI
                                                       CV 12-01306 LHK

1  **[~~PROPOSED~~] ORDER**

2  The Court, having read and considered Plaintiffs' and Defendant's Joint Stipulated

3  Request for an Order Shortening Time on Hearing Date for Motion for Preliminary Injunction,

4  and good cause appearing therefore;

5  IT IS SO ORDERED that the following Order is entered in this action:

6  1. Plaintiffs' and Defendant's Joint Stipulated Request for an Order Shortening

7  Time on Hearing Date for Motion for Preliminary Injunction is hereby

8  GRANTED;

9  2. Plaintiffs' Motion for Preliminary Injunction shall be served no later than

10  March 23, 2012 and filed shortly after counsel are able to contact the clerk and

11  obtain the information necessary to file consistent with the Court's rules;

12  3. Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction shall

13  be filed and served no later than noon on April 5, 2012;

14  4. Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction

15  shall be filed and served no later than noon on April 9, 2012;

16  5. The hearing on Plaintiffs' Motion for Preliminary Injunction shall take place

17  on April 12, 2012, at 1:30 p.m. ~~or as soon thereafter as counsel may be heard at~~

18  ~~a time convenient to the Court~~; and

19  6. Defendant's time to respond to Plaintiffs' Complaint is extended to (and

20  including) 30 days after the Court's decision on Plaintiffs' Motion for

21  Preliminary Injunction.

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: April 4, 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge


IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh

[PROPOSED] ORDER SHORTENING TIME
RE: PLAINTIFFS' MOTION FOR PI
CV 12-01306 LHK