Leslie M. Werlin (SBN 67994)
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
lwerlin@mcguirewoods.com
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
United States of America Cricket Association, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM VARADARAJAN and CALIFORNIA CRICKET ACADEMY, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA CRICKET ASSOCIATION, INC., <br><br>Defendant. | CASE NO. CV 12-01306-LHK <br><br>**[PROPOSED] ORDER ON STIPULATION FOR ADMINISTRATIVE RELIEF TO EXCLUDE EVIDENTIARY OBJECTIONS AND RESPONSES THERETO FROM LOCAL RULE 7-3** <br><br>Judge: Hon. Lucy H. Koh |

38189123.1

[PROPOSED] ORDER ON STIPULATION FOR ADMINISTRATIVE RELIEF

[~~PROPOSED~~] ORDER

The Court, having read and considered the Stipulation for Administrative Relief to Exclude Evidentiary Objections and Responses Thereto from Local Rule 7-3 submitted by Defendant United States of America Cricket Association, Inc. ("Defendant") and Plaintiffs Ram Varadarajan and California Cricket Academy ("Plaintiffs") orders as follows:

The Stipulation is DENIED.

IT IS SO ORDERED.

Dated: April  4 , 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge