Leslie M. Werlin (SBN 67994)
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
lwerlin@mcguirewoods.com
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
United States of America Cricket Association, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM VARADARAJAN and CALIFORNIA CRICKET ACADEMY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA CRICKET ASSOCIATION, INC., <br><br> Defendant. | CASE NO. CV 12-01306-LHK <br><br> **[~~PROPOSED~~] ORDER ON STIPULATION FOR ADMINISTRATIVE RELIEF TO EXCLUDE EVIDENTIARY OBJECTIONS AND RESPONSES THERETO FROM LOCAL RULE 7-3** <br><br> Judge: Hon. Lucy H. Koh |

38189123.1

[~~PROPOSED~~] ORDER ON STIPULATION FOR ADMINISTRATIVE RELIEF

[~~PROPOSED~~] ORDER

1

2          The Court, having read and considered the Stipulation for Administrative

3    Relief to Exclude Evidentiary Objections and Responses Thereto from Local Rule

4    7-3 submitted by Defendant United States of America Cricket Association, Inc.

5    ("Defendant") and Plaintiffs Ram Varadarajan and California Cricket Academy

6    ("Plaintiffs") orders as follows:

7    The Stipulation is DENIED.

8

9

10

11                              IT IS SO ORDERED.

12

13

14          Dated: April _4_ , 2012                    By: _Lucy H. Koh_____

15                                                          Honorable Lucy H. Koh
                                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28