**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RAM VARADARAJAN AND
CALIFORNIA CRICKET ACADEMY

Plaintiff(s),

v.

UNITED STATES OF AMERICA
CRICKET ASSOCIATION, INC.

Defendant(s).

**CASE NO.** CV 12 1306 (LHK)

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Marshall Beil, Esq., an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is, McGuireWoods LLP, 1345 Avenue of the Americas, 7th Floor, New York, New York, 10105, Tel. # 212.548.7004 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant United States of America Cricket Association, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   April 4, 2012

*/s/ Lucy H. Koh*
United States District Judge

American LegalNet, Inc.
www.Forms*Workflow*.com