UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAM VARADARAJAN and CALIFORNIA CRICKET ACADEMY,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA CRICKET ASSOCIATION, INC.,<br><br>Defendant. | Case No.: 12-CV-01306-LHK<br><br>ORDER REQUESTING STATUS UPDATE |

Defendant United States of America Cricket Association, Inc. represented in its opposition that "USACA has requested that [CCA's appeal under Aticle XIX] be completed before the hearing on this motion." Opp'n 2. By 3:30 p.m. on Wednesday, April 11, 2012, the parties shall file a joint statement informing the Court the outcome of this appeal and whether any of the claims for relief have been rendered moot. The statement is limited to two pages per side.

**IT IS SO ORDERED.**

Dated: April 11, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01306-LHK
ORDER REQUESTING STATUS UPDATE