UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAM VARADARAJAN and CALIFORNIA CRICKET ACADEMY,<br><br>            Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA CRICKET ASSOCIATION, INC.,<br><br>            Defendant. | Case No.: 12-CV-01306-LHK<br><br>ORDER DENYING REQUEST TO STRIKE AND REQUEST FOR SANCTIONS |

Defendant United States of America Cricket Association, Inc. ("USACA") objects to Plaintiffs' Settlement Update Statement filed on April 13, 2012. As the Court has already issued its Order denying Plaintiffs' motion for a preliminary injunction, USACA's request to strike is DENIED as MOOT. USACA's request for sanctions is DENIED.

**IT IS SO ORDERED.**

Dated: April 16, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge