1  DAVID MARROSO (S.B. #211655)
   dmarroso@omm.com
2  JAMES M. PEARL (S.B. #198481)
   jpearl@omm.com
3  JOSHUA M. ROSENBERG (S.B. #274473)
   jmrosenberg@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:     (310) 553-6700
6  Facsimile:     (310) 246-6779

7  Attorneys for Plaintiffs
   Ram Varadarajan and California Cricket Academy
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                           **SAN JOSE DIVISION**

12

13  RAM VARADARAJAN and                    Case No.  CV 12-01306 LHK
    CALIFORNIA CRICKET ACADEMY,
14                                         **[PROPOSED] ORDER EXTENDING
                  Plaintiffs,              DEFENDANT'S TIME TO
15                                         RESPOND TO PLAINTIFFS'
         v.                                COMPLAINT BY 45 DAYS**
16
    UNITED STATES OF AMERICA
17  CRICKET ASSOCIATION, INC.,             Judge:  Hon. Lucy H. Koh

18                Defendant.

1 **[PROPOSED] ORDER**

2  The Court, having read and considered Plaintiffs' and Defendant's Joint Stipulated
3  Request for an Order Extending Defendant's Time to Respond to Plaintiffs' Complaint by 45
4  Days, and good cause appearing therefore;
5  IT IS SO ORDERED that the following Order is entered in this action:  Defendant's time
6  to respond to Plaintiffs' Complaint shall be extended by forty-five (45) days.  Defendant shall
7  respond no later than June 28, 2012.

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  Dated: May 14 , 2012

12  By: *Lucy H. Koh*
13  Honorable Lucy H. Koh
    United States District Judge