1 | DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
2 | JAMES M. PEARL (S.B. #198481)
jpearl@omm.com
3 | JOSHUA M. ROSENBERG (S.B. #274473)
jmrosenberg@omm.com
4 | O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
5 | Los Angeles, CA  90067-6035
Telephone:    (310) 553-6700
6 | Facsimile:     (310) 246-6779

7 | Attorneys for Plaintiffs
Ram Varadarajan and California Cricket Academy
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAM VARADARAJAN and CALIFORNIA CRICKET ACADEMY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA CRICKET ASSOCIATION, INC.,<br><br>Defendant. | Case No.  CV 12-01306 LHK<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT BY 45 DAYS**<br><br>Judge:  Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

The Court, having read and considered Plaintiffs' and Defendant's Joint Stipulated Request for an Order Extending Defendant's Time to Respond to Plaintiffs' Complaint by 45 Days, and good cause appearing therefore;

IT IS SO ORDERED that the following Order is entered in this action: Defendant's time to respond to Plaintiffs' Complaint shall be extended by forty-five (45) days. Defendant shall respond no later than June 28, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 14 , 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER EXTENDING TIME
CV 12-01306 LHK