MCGUIREWOODS LLP
MARSHALL BEIL *pro hac vice*
LESLIE M. WERLIN SBN #67994
PATRICIA L. VICTORY SBN #240114
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210
mbeil@mcguirewoods.com
lmwerlin@mcguirewoods.com

Attorneys for Defendant, United States of America Cricket Association, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM VARADARAJAN AND CALIFORNIA CRICKET ACADEMY,<br><br>             Plaintiffs,<br><br>      vs.<br><br>UNITED STATES OF AMERICA CRICKET ASSOCIATION, INC.,<br><br>             Defendant. | CASE NO. 5:12-cv-01306-LHK (PSG)<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT BY 8 DAYS**<br><br>Judge:  Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

The Court, having read and considered Plaintiffs' and Defendant's Joint Stipulated Request for an Order Extending Defendant's Time to Respond to Plaintiff's Complaint by 8 days, and good cause appearing therefore;

IT IS SO ORDERED that the following Order is entered in this action: Defendant's time to respond to Plaintiffs' Complaint shall be extended by eight (8) days. Defendant shall respond no later than July 6, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge